UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYA DEUSKAR,<br><br>                    Plaintiff,<br><br>v.<br><br>RIDER UNIVERSITY, TOM JOHNSON, CHRIS BOTTI, EMMA DANIELS, ELISABETH PODSIADLO, ANDREW LESLIE COOPER, RACHEL FELDMAN, and JOHANNA OLSON,<br><br>                    Defendants. | Civil Action No. 3:19-cv-19031-FLW-TJB<br><br><br>NOTICE OF APPEARANCE OF<br>KERI REID McNALLY |

To: The clerk of the court and all parties of records

PLEASE TAKE NOTICE that the undersigned, Keri Reid McNally, Esq. hereby enters her appearance on behalf of defendant Elisabeth Podsiadlo.

Dated: February 6, 2020

By: /s *Keri Reid McNally*
Keri Reid McNally
MASON, GRIFFIN & PIERSON, P.C.
101 Poor Farm Road
Princeton, NJ 08540
Tel: (609) 921-6543
Fax: (609) 683-7978
E-mail: k.mcnally@mgplaw.com
*Attorneys for Defendant Elisabeth Podsiadlo*