**WRONKO LOEWEN BENUCCI**
Michael Poreda, Esq. # 025492010
69 Grove Street
Somerville, NJ 08876
PH: (908) 704-9200
FAX: (908) 704-9291
CELL: (908) 432-4098
poreda@poredalaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYA DEUSKAR, *Plaintiff*, vs. RIDER UNIVERISITY, TOM JOHNSON, CHRIS BOTTI, EMMA DANIELS, ELISABETH PODSIADLO, ANDREW LESLIE COOPER, RACHEL FELDMAN, JOHANNA OLSON, *Defendants.* | Docket No.   Docket No. 3:19-cv-19031  Civil Action  **STIPULATION OF DISMISSAL** |

This matter having been amicably resolved, Plaintiff hereby dismisses all Defendants with prejudice.

_____
Michael Poreda, Esq.
*Attorney for Plaintiff*

Date: March 8, 2021

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:
_____
Freda L. Wolfson, U.S.C.D.J.    3/8/2021

1